LORBER, GREENFIELD & POLITO, LLP
Shane D. McFetridge [S.B. # 024860]
950 W. Elliot Road, Suite 110
Tempe, Arizona 85284
TEL: (602) 437-4177
FAX: (602) 437-4180
smcfetridge@lorberlaw.com

*Attorneys for Horizon Distributors, Inc. and Pool Distributors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>H&N LANDSCAPING, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:12-bk-22425-CGC<br><br>**NOTICE OF FILING APPLICATION FOR LIMITED ADMISSION** |

*Notice is Given* that co-counsel for Horizon Distributors, Inc. and Pool Corporation, has filed an Application for Limited Admission with the United States Bankruptcy Court, District of Arizona.

Dated this 17th day of December, 2012.

LORBER, GREENFIELD & POLITO, LLP


By: ___/s/ *Shane D. McFetridge*___
    Shane D. McFetridge, Esq.
    950 W. Elliot Road, Suite 110
    Tempe, Arizona 85284
    *Attorney for Horizon Distributors, Inc. and Pool Corporation*

Copies of the foregoing mailed
this 17th day of December, 2012 to:

H&N Landscaping, Inc.
41011 W. Honeycutt road
Maricopa, AZ 85138
Debtor

Brian M. Blum
Neeley Law Firm, PLC
2250 E. Germann Road, Suite 11
Chandler, AZ 85286

U.S. Trustee
230 North First Avenue, #204
Phoenix, AZ 85003

A to Z Equipment
1313 E. Baseline Road
Gilbert, AZ 85233

Aaron Nelson
102 West Hawk Way
Chandler, AZ 85286

American Express
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Chase Bank USA, N.A.
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX 75374

Compass Bank
15 South 20th Street
Birmingham, AL 35233

Daryl Nelson
42773 West Martie Lynn Road
Maricopa, AZ 85138

Kathryn Hassert
10867 East Bella Vista Drive
Scottsdale, AZ 85259

Sunbelts
10923 West Northview Avenue
Glendale, AZ 85307

Sunstate Equipment
5552 East Washington
Phoenix, AZ 85034

LORBER, GREENFIELD & POLITO, LLP
950 W. Elliot Rd., Suite 110, Tempe, Arizona 85284
Telephone (602) 437-4177 / Facsimile (602) 437-4180

| | |
|---|---|
| 1 | The Verson Company<br>Department C |
| 2 | PO Box 600<br>Newton, IA  50208 |
| 3 | |
| 4 | Tim Hassert<br>13247 North Palo Verde Drive |
| 5 | Maricopa, AZ  85138 |
| 6 | Waste Management, Inc.<br>1001 Fannin, Suite 4000<br>Houston, TX  77002 |
| 7 | |
| 8 | Wright Express Corp.<br>PO Box 6293<br>Carol Stream, IL  60197 |
| 9 | |
| 10 | Robert J. Spurlock<br>2325 E. Camelback Road, #300<br>Phoenix, AZ  85016 |
| 11 | Attorney for Deere Credit, Inc. |
| 12 | |
| 13 | /s/ Lori Avery<br>Lori Avery |

LORBER, GREENFIELD & POLITO, LLP
950 W. Elliot Rd., Suite 110, Tempe, Arizona 85284
Telephone (602) 437-4177 / Facsimile (602) 437-4180