LORBER, GREENFIELD & POLITO, LLP
Shane D. McFetridge, Esq., No. 24860
950 West Elliot Road, Suite 110
Tempe, Arizona 85284
TEL: (602) 437-4177
FAX: (602) 437-4180
smcfetridge@lorberlaw.com
*Attorneys for Horizon Distributors, Inc. and Pool Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re<br><br>H&N Landscape, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:12-bk-22425-CGC<br><br>**APPLICATION FOR LIMITED ADMISSION**<br><br>(Assigned to the Honorable Charles Case II) |

Applicant, Michael F. Duggan, Esquire of the firm of Marks, O'Neill, O'Brien & Courtney, P.C., hereby applies for leave to appear and participate in this action.

I am a member in good standing of the Bar of the United States District Court for the District of Delaware, and the Supreme Court of the State of Delaware; I have been retained by Horizon Distributors, Inc. and Pool Corporation to appear in this court in this action; I am not a member of the bar of the United States District Court, District of Arizona.

I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

I further declare under penalty of perjury that I have filed the following Application(s) for Limited Admission or Pro Hac Vice Application(s) with this court:

| **CASE NAME** | **CASE NUMBER** | **DATE APPLICATION FILED** | **GRANTED DENIED** |
|---|---|---|---|
| None | n/a | n/a | n/a |

I hereby designate Shane D. McFetridge, Esquire, of the firm of Lorber Greenfield & Polito, LLP, a member of the bar of this court who maintains an office in this district and who



LORBER, GREENFIELD & POLITO, LLP
950 W. Elliot Road, Suite 110, Tempe, Arizona 85284
Telephone (602) 437-4177 / Facsimile (602) 437-4180

has consented to this designation, as co-counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Dated: December 17, 2012

/s/ *Michael F. Duggan*
Signature of Attorney

Michael F. Duggan
Name of Attorney

300 Delaware Avenue, Ste., 900
Address

Wilmington, DE 19801
State Zip

LORBER, GREENFIELD & POLITO, LLP
950 W. Elliot Road, Suite 110, Tempe, Arizona 85284
Telephone (602) 437-4177 / Facsimile (602) 437-4180

LORBER, GREENFIELD & POLITO, LLP
950 W. Elliot Road, Suite 110, Tempe, Arizona 85284
Telephone (602) 437-4177 / Facsimile (602) 437-4180

**CONSENT TO DESIGNATION**

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

Dated: December 17, 2012

/s/ *Shane D. McFetridge*
Signature of Attorney

Shane D. McFetridge, Esq.
Name of Attorney

950 W. Elliot Road, Suite 110
Address

Tempe, Arizona 85284
State Zip