LORBER, GREENFIELD & POLITO, LLP
Shane D. McFetridge [S.B. # 024860]
950 W. Elliot Road, Suite 110
Tempe, Arizona 85284
TEL: (602) 437-4177
FAX: (602) 437-4180
smcfetridge@lorberlaw.com

*Attorneys for Horizon Distributors, Inc. and Pool Distributors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| H&N LANDSCAPING, INC., | Case No. 2:12-bk-22425-CGC |
| Debtor. | **ORDER GRANTING LIMITED ADMISSION** |

Pursuant to the Application for Limited Admission filed in this matter December 17, 2012, then

IT IS ORDERED that Limited Admission is GRANTED to Michael F. Duggan to appear and participate on behalf of Horizon Distributors, Inc. and Pool Corporation.

*SIGNED AND DATED ABOVE.*

U.S. Bankruptcy Court Judge